**Order entered August 10, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00386-CV

### IN RE HAMP WILLIAMS TRUST

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-08491**

# ORDER

The reporter's record in this accelerated appeal is past due. By postcard dated May 2, 2018, we notified Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within ten days. By order dated May 24, 2018, we again notified Ms. Dobbins the reporter's record was overdue and ordered her to, within ten days, file either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant had not requested the reporter's record. On June 4, 2018 appellant filed a letter informing the Court that appellant was unable to reach Ms. Dobbins, either by telephone or by email, to determine the costs of the record. Therefore, on June 8, 2018, we ordered Ms. Dobbins to file written verification she had contacted appellant regarding the cost of the reporter's record within three days and to file the record within six days of the date of the order. In that order, we expressly cautioned Ms. Dobbins that failure to comply with the order would result in the Court taking

such actions as necessary to have her comply with the Court's orders, including an order that she not sit as a court reporter until she complied.

In response, Ms. Dobbins filed a motion to extend time to file the reporter's record. By order dated July 17, 2018, we extended the time to file the reporter's record until July 23, 2018. By postcard dated July 25, 2018, we once again notified Ms. Dobbins the reporter's record was late and ordered her to file the record with ten days. By letter dated August 3, 2018, appellant again complained to the Court regarding Ms. Dobbins's failure to file the record or to contact appellant regarding the cost of the reporter's record.

Therefore, we **ORDER** that Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, not sit as a court reporter until she has filed the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to (1) the Honorable Dale Tillery, Presiding Judge, 134th Judicial District Court, Criminal District Court No. 7; (2) Vielica Dobbins, Official Court Reporter, 134th Judicial District Court; (3) the Dallas County Auditor's Office; and (4) all parties.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE